IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION ) <br> WORKERS WELFARE FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> RUANE CONSTRUCTION, INC., ) <br> an Illinois corporation, ) <br> ) <br> MARK RUANE, individually, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br><br> NO. 17 C 6172 <br><br> MAGISTRATE JUDGE JEFFREY <br> T. GILBERT |

**PLAINTIFFS' MOTION TO REOPEN CASE FOR THE LIMITED
PURPOSE OF ENFORCING THE TERMS OF THE SETTLEMENT
AND RELEASE AGREEMENT AND ENTERING JUDGMENT AGAINST
DEFENDANTS RUANE CONSTRUCTION, INC. and MARK RUANE**

NOW COME Plaintiffs, FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, by their attorneys, and move the Court for the entry of an order reopening this action for the limited purpose of enforcing the terms of the Settlement and Release Agreement (entered into between the parties in May 2018) and entering judgment against Defendant, Ruane Construction, Inc., an Illinois corporation ("Defendant" or "Ruane"), and Mark Ruane, individually. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the Trustees of the jointly-administered, labor-management employee benefit plans known as the Fox Valley & Vicinity Construction Workers Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreements entered into with Cement

Masons and Plasterers Local No. 11 of Northern Illinois, affiliated with the Operative Plasterers and Cement Masons International Association, AFL-CIO and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work performed on its behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On June 11, 2018, an Agreed Order of Dismissal incorporating the terms for settlement agreed to by the parties as set forth in the Settlement and Release Agreement was entered by this Court (a copy of the Agreed Order of Dismissal is attached hereto as Exhibit 1).

3. Defendants agreed that they owed the total amount of $176,621.96 in contributions, liquidated damages and interest for the period August 2014 through February 2018, plus an additional $6,330.00 in liquidated damages, as described in Paragraph 3 of the Settlement and Release Agreement (a copy of the Settlement and Release Agreement is attached hereto as Exhibit 2).

4. Defendants agreed to submit a down payment of $40,621.96 in satisfaction of amounts due for the period August 2014 through November 2015 by May 31, 2018, as described in Paragraph 2 of the Settlement and Release Agreement.

5. Defendants agreed to pay the remaining $136,000.00, due for the period through February 2018, in 18 equal payments of $7,555.56 each, along with submission of the regular fringe benefit contribution reports and contributions due thereon, as described in Paragraph 2 of the Settlement and Release Agreement.

6. Defendants agreed that in the event of default on the terms of repayment set forth in Paragraph 2 of the Settlement and Release Agreement, they would be immediately liable to the Funds for the portion of the $176,621.96 then unpaid, plus an additional $6,330.00 in liquidated damages, as set forth in Paragraph 3 of the Settlement and Release Agreement, and the Defendants consent to the entry of judgment against them for said amounts.

7. On or about June 22, 2018, Defendants submitted check no. 16988 in the amount of $40,621.96, but said payment was subsequently dishonored by their bank for non-sufficient funds.

8. In addition, as of the date of filing the instant motion, Defendants have failed to submit the first and second installment payments of $7,555.56, which were due by June 15, 2018 and July 15, 2018. Accordingly, the full amount of $176,621.96, plus the additional sum of $6,330.00 for liquidated damages, for a total of $182,951.96, remains due and owing from Defendants.

9. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Settlement and Release Agreement and entering judgment against the Defendants, Ruane Construction, Inc. and Mark Ruane, individually. Specifically, Plaintiffs request:

- A. That judgment be entered in favor of Plaintiffs and against Defendants, Ruane Construction, Inc., and Mark Ruane, individually, in the total amount of $176,621.96 and an additional $6,330.00 in liquidated damages, for a total of $182,951.96, as set forth in the Settlement and Release Agreement.

- B. That judgment be entered in favor of Plaintiffs and against Defendants, Ruane Construction, Inc., and Mark Ruane, individually, to include $11,584.75 in attorneys' fees incurred by the Plaintiffs in this matter, which includes one and one-quarter (1.25) additional hours for the preparation of the instant motion and one (1) additional hour of attorneys' fees to appear for the hearing on the instant motion.

C.  That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Ruane Construction\#27244\motion-reopen.cmc.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>4:00 p.m.</u>, this <u>17th</u> day of <u>July 2018</u>, she electronically filed the foregoing document (Motion to Reopen Case) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Paul A. Brocksmith
                Brocksmith & Brocksmith
                40 Skokie Blvd., Suite 400
                Northbrook, IL  60062-0400
                paul@brocklaw.com

                                                /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\Fvcwj\Ruane Construction\#27244\motion-reopen.cmc.df.wpd